# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

vs.				NO. 4:19CR00465-01 LPR

TREVOR DEONTAE JONES					DEFENDANT

## ORDER

Pending before the Court is the government's Motion To Dismiss the Indictment without prejudice (Doc. 11).  The motion is made pursuant to Rule 48(a).  The motion is granted.  The indictment is thus dismissed without prejudice.

IT IS SO ORDERED this 10th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE